IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SAINT JOSEPH DIVISION

| CHRIS NIJSSE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No: 5:17-CV-06106-SJ-BP |
| CITIGROUP TECHNOLOGY, INC., et al., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COMES NOW the plaintiff, Chris Nijsse, by and through his attorneys, Stephen D. Lanterman and Alan V. Johnson of the law firm of SLOAN, EISENBARTH, GLASSMAN MCENTIRE & JARBOE, L.L.C., and the defendant, Citigroup Technology, Inc., by and through its attorneys, AnnRene S. Braun and Eric A. Todd, of the law firm of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), do hereby stipulate that all claims under the Age Discrimination in Employment Act (ADEA) asserted in this lawsuit by plaintiff, Chris Nijsse, against defendant, Citigroup Technology, Inc., be dismissed with prejudice. Plaintiff and Defendants shall bear their respective costs and fees.

Respectfully Submitted By:

SLOAN, EISENBARTH, GLASSMAN,
  MCENTIRE & JARBOE, L.L.C.
534 S. Kansas Avenue, Suite 1000
Topeka, KS 66603-3456
Telephone: (785) 357-6311
Facsimile: (785) 357-0152

By: /s/ Stephen D. Lanterman
Stephen D. Lanterman, MO #64278
slanterman@sloanlawfirm.com
Alan V. Johnson, MO #09992
ajohnson@sloanlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

1

*AND*

OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4520 Main St., Ste. 400
Kansas City, MO 64111
Telephone: 816.471.2249
Facsimile: 816.471-1303

By: /s/AnnRene S. Braun
AnnRene S. Braun, MO #67962
Annrene.braun@ogletree.com
**ATTORNEYS FOR DEFENDANT,
CITIGROUP TECHNOLOGY, INC.**


OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
707 Bonhomme Ave., Ste 650
St. Louis, MO 63105
Telephone: 314.471.2249
Facsimile: 314.802.3936


By: s/Eric A. Todd
Eric A. Todd, MO #46919
eric.todd@ogletreedeakins.com
**ATTORNEYS FOR DEFENDANT,
CITIGROUP TECHNOLOGY, INC.**